IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| CATHERINE PITTS, | : |
|---|---|
| Plaintiff, | : |
| v. | : CASE NO. 5:06-cv-56 (WDO) |
| HOUSTON COUNTY BOARD OF EDUCATION, | : |
| Defendant. | : |

# J U D G M E N T

The Court by Order dated and filed March 13, 2007, having granted Defendant's Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendant and against Plaintiff.

Defendant is entitled to recover its costs of this action.

This 13th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**